September 19, 1980.

429 A.2d 61

Bergman v. Bergman, Appellant.

Reargument Denied Jan. 5, 1981.

Argued June 10, 1980.  Sylvia S. Bergman, appellant, in propria persona;  Herbert W. Salus, Jr., for appellee.

* President Judge Joseph F. O'Kicki, of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

Before BROSKY, WATKINS and CIRILLO, JJ.*

The adjudication of the lower court of July 10, 1978, docketed May 7, 1979, is hereby affirmed.